DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ISAAC MARTI CANALES,  :   07 Civ. 2522 (SHS)

                Petitioner,  :

    -against-  :   ORDER

BOARD OF IMMIGRATION APPEALS,  :

                Respondent.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.    A hearing on petitioner's claim will take place on June 24, 2009, at 2:00 p.m.; and

        2.    Any submissions by the parties regarding the hearing shall be submitted one week before the hearing.

Dated: New York, New York
       March 27, 2009

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.